UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RONALDO GRANZIER,

       Plaintiff,

   -against-          16 Civ. 4625 (GBD) (RLE)

FRENCH AVENUE B INC. d/b/a PARDON MY
FRENCH, MARIO CARTA, and ANTONIN BRUNE,

       Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 13 2017
```

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**WHEREAS,** Plaintiff filed a Complaint, which asserted claims for, *inter alia*, unpaid minimum and overtime wages, spread-of-hours pay, and statutory damages under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") and the New York Labor Law;

**WHEREAS,** the Parties reached a settlement of this action and Plaintiff's claims through arms-length negotiations and have entered into a Settlement Agreement (the "Agreement"), formally memorializing the Parties' settlement;

**WHEREAS,** the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable resolution of, *inter alia*, a bona fide dispute over a provision or provisions of the Fair

Labor Standards Act and/or time worked; and

**WHEREAS,** this Court shall retain jurisdiction to enforce the terms of the Agreement;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the Parties, that this action be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

By: _____
Louis Pechman, Esq.
Pechman Law Group, P.L.L.C.
Attorneys for Plaintiffs
488 Madison Avenue, 11th Floor
New York, New York 10022
P: (212) 583-9500
Date: 3/21, 2017

By: ___s/ Michael K. Chong_____
Michael K. Chong, Esq.
Law Offices of Michael Chong, LLC
*Attorneys for the Defendants*
1250 Broadway, 36th Fl., Suite 300
New York, New York 10001
P: (212) 726-1104

Date: March 29, 2017

SO ORDERED:

_____
Hon. George B. Daniels, U.S.D.J.

Dated: April 13, 2017